# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ANTHONY KHAN SKINNER,**

    Plaintiff,

vs.                                                    Case No. 4:19cv20-MW/CAS

**THE STATE OF FLORIDA,**

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this civil rights action in early January 2019. ECF Nos. 1-2. Plaintiff's initial in forma pauperis motion, ECF No. 2, was insufficient as filed because he provided no documentation concerning his resident account at the Leon County Jail. Plaintiff was directed to file an amended in forma pauperis motion, ECF No. 4, which he did on February 19, 2019. ECF No. 5. That motion was also insufficient because Plaintiff submitted account information for only a four month period of time, ECF No. 5 at 5-8, although Plaintiff declared that he had been incarcerated for at least six months. *Id.* at 2.

Plaintiff was given another opportunity to demonstrate that he was entitled to in forma pauperis status. He was required to clearly state whether or not he had been detained at the jail for a full six month period of time. He was also required to file an amended in forma pauperis motion no later than March 29, 2019, or alternatively, pay the $400.00 filing fee by that same deadline. ECF No. 6. Plaintiff was warned that if he did not comply, a recommendation would be made to dismiss this case.[1] *Id.*

Plaintiff filed a response to that Order seeking to clarify that his complaint was against the State of Florida and not an institution. ECF No. 7. Plaintiff did not, however, submit an amended in forma pauperis motion nor did he pay the filing fee. Accordingly, it is recommended that this case be dismissed for failure to comply with a Court Order and for failure to prosecute.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with Court orders and for failure to prosecute, and that Plaintiff's pending motions for in forma pauperis

---

[1] The Order also highlighted several deficiencies with his initial complaint, ECF No. 1, and suggested Plaintiff "should consider whether to pursue" his claims. ECF No. 6.

status, ECF Nos. 2 and 5, be **DISMISSED** because they are insufficient to proceed and do not comply with the requirements of 28 U.S.C. § 1915.

**IN CHAMBERS** at Tallahassee, Florida, on April 9, 2019.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**