IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY KAHN SKINNER,

    Plaintiff,

v.                          Case No. 4:19cv20-MW/CS

THE STATE OF FLORIDA,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with Court orders and for failure to prosecute. Plaintiff's pending motions for *in forma pauperis* status, ECF Nos. 2 and 5, are **DISMISSED** because they are insufficient to proceed and do not comply with the requirements of 28 U.S.C. § 1915." The Clerk shall close the file.

**SO ORDERED on May 10, 2019.**

                                          s/Mark E. Walker_____
                                          **Chief United States District Judge**